UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 JUN 26 PM 4: 18
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| RICKY WILSON, HERMAN SMITH, JR. <br> JAMIE GREEN, HARVEY A. GREEN, <br> EDNA M. TYSON, ELSIE MARSHALL, <br> MARIS LEE WEST, WANDA ROBERTSON, <br> PATRICK T. HARRIS, SUZETTE CHARLES, <br> EMMETT BOUDREAUX, STANLEY JOSEPH, <br> TONY MASTERS, LEONARD GREEN, <br> GREGORY L. RUTH, JOSEPH LEWIS, <br> JULIUS WHITE, STANLEY D. <br> PENDLETON, SR., IAN W. HUGHES, <br> MICHAEL RAY BROWN, HENRY DANIELS, <br> LARRY BLOUIN, TERRY GREEN, <br> ROOSEVELT MONTGOMERY, <br> EDDIE A. LEN, AND <br> LEROY BRASHEARS <br><br> VERSUS <br><br> PAULK'S MOVING & STORAGE, INC., <br> MAYFLOWER VAN LINES, INC., <br> UNITED VAN LINES, INC., EXHIBIT <br> TRANSPORTATION AND STORAGE, INC., <br> DATA MANAGEMENT ARCHIVES OF NEW <br> ORLEANS, L.L.C. AND RICHARD D. PAULK | CIVIL ACTION <br><br> NO. 02-1984 <br><br> SECTION " " <br> SECT. S MAG. 2 |

**COMPLAINT FROM RECOVERY OF UNDERPAID WAGES
AND OVERTIME WAGES PURSUANT TO THE FAIR
<u>LABOR STANDARDS ACT AND FOR OTHER RELIEF</u>**

The complaint of Ricky Wilson, Herman Smith, Jr., Jamie Green, Harvey A. Green, Edna M. Tyson, Elsie Marshall, Maris Lee West, Wanda A Robertson, Patrick T. Harris, Suzette Charles, Emmett Boudreaux, Stanley Joseph, Tony Masters, Leonard Green, Gregory L. Ruth, Joseph Lewis, Julius White, Stanley D. Pendleton, Sr., Ian W. Hughes, Michael Ray Brown, Henry Daniels, Larry Blouin, Terry Green, Roosevelt Montgomery, Eddie A. Len, Leroy

1

Fee  /50.00
Process 16
X Dktd 16
CtRmDep
Doc No. 1

Brashears, all of the full age of majority and residents of the State of Louisiana against Paulk's Moving & Storage, Inc., Mayflower Van Lines, Inc., United Van Lines, Inc., Exhibit Transportation and Storage, Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, with respect represents:

I.

JURISDICTION

This complaint is brought as a claim arising under Federal Law pursuant to 28 U.S.C. §1331 against defendants, Paulk's Moving & Storage, Inc., Mayflower Van Lines, Inc., United Van Lines, Inc., Exhibit Transportation and Storage, Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, being a claim for underpaid wages and overtime wages, pursuant to United States Fair Labor Standards Act, 29 U.S.C.A. §203 et seq. and, with respect to certain other claims, pursuant to the pendent jurisdiction of this court, due to these claims arising out of and are closely connected to, the same facts which give rise to the Fair Labor Standards Act (wage and hour) claims asserted herein. Each defendant named herein other than Richard D. Paulk are believed to have annual sales in excess of $500,000.00 (exclusive of excise taxes) and is engaged in commerce pursuant to the Fair Labor Standards Act.

II.

PARTIES/PLAINTIFFS

1.

Plaintiff, Ricky Wilson, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

2

2.

Plaintiff, Herman Smith, Jr., is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

3.

Plaintiff, Jamie Green, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

4.

Plaintiff, Harvey A. Green, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

5.

Plaintiff, Edna M. Tyson, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

6.

Plaintiff, Elsie Marshall, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

7.

Plaintiff, Maris Lee West, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

8.

Plaintiff, Wanda A Robertson, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

9.

Plaintiff, Patrick T. Harris, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

10.

Plaintiff, Suzette Charles, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

11.

Plaintiff, Emmett Boudreaux, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

12.

Plaintiff, Stanley Joseph, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

13.

Plaintiff, Tony Masters, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

14.

Plaintiff, Leonard Green, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

15.

Plaintiff, Gregory L. Ruth, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

16.

Plaintiff, Joseph Lewis, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

17.

Plaintiff, Julius White, is a person of age and a resident of the Parish of St. Charles, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

18.

Plaintiff, Stanley D. Penelleton, Sr., is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

19.

Plaintiff, Ian W. Hughes, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

20.

Plaintiff, Michael Ray Brown, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

21.

Plaintiff, Henry Daniels, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

22.

Plaintiff, Larry Blouin, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

23.

Plaintiff, Terry Green, is a person of age and a resident of the Parish of Orleans, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

24.

Plaintiff, Roosevelt Montgomery, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

25.

Plaintiff, Eddie A. Len, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

26.

Plaintiff, Leroy Brashears, is a person of age and a resident of the Parish of Jefferson, State of Louisiana and is or has been an employee of Paulk's Moving & Storage, Inc.

III.

PARTIES/DEFENDANTS

27.

Defendant, Paulk's Moving & Storage, Inc. is a corporation organized and existing pursuant to the laws of the State of Louisiana with its registered office in Jefferson Parish, State of Louisiana, and is the owner and operator of a primary local moving and storage business in Jefferson Parish known as Paulk's.

28.

Defendant, Mayflower Van Lines, Inc., is a corporation organized and existing pursuant to the laws of the State of Missouri, with its registered office in St. Louis and is the franchisor of Paulk's Moving & Storage, Inc.

29.

Defendant, United Van Lines, Inc., is a corporation organized and existing pursuant to the laws of the State of Missouri, with its registered office in Fenton and is the franchisor of Paulk's Moving & Storage, Inc.

30.

Defendant, Exhibit Transportation and Storage, Inc., is a corporation organized and existing pursuant to the laws of the State of Louisiana with its registered office in Jefferson Parish, State of Louisiana, and is the owner and operator of a moving and storage business located in Jefferson Parish, where some plaintiffs have worked and it has failed to pay overtime wages to the plaintiffs herein as a joint employer.

31.

Defendant, Data Management Archives of New Orleans, L.L.C., is a limited liability corporation organized and existing pursuant to the laws of the State of Louisiana with its registered office in Jefferson Parish, State of Louisiana, and is the owner and operator of a records storage and management facility located in New Orleans, and it has failed to pay overtime wages to the plaintiffs herein as a joint employer.

32.

Defendant, Richard D. Paulk, is a resident of the Parish of Jefferson, and serves as an officer and director in Paulk's Moving & Storage, Inc., Exhibit Transportation Storage, Inc., and Data Management Archives of New Orleans, L.L.C. and a principal of each.
...

IV.

FACTUAL BACKGROUND

33.

Every plaintiff named and listed herein is either a current or former employee of Paulk's Moving & Storage, Inc. Paulk's Moving & Storage, Inc. is a franchise of Mayflower Van Lines, Inc. and United Van Lines, Inc. Although Paulk's Moving & Storage, Inc. is primarily a local and intrastate moving company, it does on occasion engage in interstate commerce. Although Paulk's Moving & Storage, Inc. does engage in interstate commerce, the plaintiffs herein, have collectively remained engaged primarily or solely in intrastate commerce and therefore, fall within the purview of the Fair Labor Standards Act.

34.

Each employee as enumerated herein who worked for Paulk's Moving & Storage, Inc. after1998, may have been also dispatched to work while on Paulk's Moving & Storage, Inc. time for affiliated companies owned by Richard D. Paulk, namely Exhibit Transportation and Storage, Inc. and Data Management Archives of New Orleans, L.L.C. Upon information and belief, the employees of these two defendant entities are paid overtime for work performed over (40) forty hours.

35.

All of the plaintiffs herein have never received overtime wages for time worked beyond (40) forty hours unless and until they had worked a (70) seventy hour work week or performed work on a Saturday or Sunday and only until after such time did any plaintiff receive overtime wages.

36.

Regardless of whether each plaintiff took a lunch break, the defendant, Paulk's Moving & Storage, Inc., consistently deducted (1) one hour lunch break from every employee whether the lunch period was taken or not, thus depriving each employee of up to (1) one hour per day in wages for time worked on behalf of their employer, Paulk's Moving & Storage, Inc.

37.

Although required to be at the warehouse location located at Paulk's Moving & Storage, Inc. at given scheduled times and engaging immediately into their principal activities, (which included but were not limited to preparing trucks, loading carts, loading tools, blankets and packing materials into the truck in anticipation of traveling to a move site), the plaintiffs have not been paid wages from the time of arriving at work until such time as a moving job began off-site which could or did accrue to several hours of a day that the plaintiffs were not compensated at least the minimum wage as prescribed by the Fair Labor Standards Act and Portal to Portal Act for principal duties pertaining to their jobs. This also diminished time over 40 hours that should have been calculated for overtime wages.

38.

It is company policy of Paulk's Moving & Storage, Inc. to take out of each employee's paycheck a damage "escrow" to which Paulk's deducts from this "escrow account" monies for alleged damages that an employee may incur to a client's property during a move. Said money is not accounted for properly and may in fact be illegal. Upon information and belief, Paulk's Moving & Storage, Inc. has insurance which covers these damages. Upon information and belief, Mayflower Van Lines, Inc. and United Van Lines, Inc. administer the claims for these damages as filed for by the clients of Paulk's Moving & Storage, Inc.

39.

On occasion, employees of Paulk's Moving & Storage, Inc. will be sent to a job wherein an interstate truck driver will arrive with a load of furnishings to be unloaded at a location in Louisiana. Pursuant to custom in the industry, the truck driver will pay cash to the employee sent by Paulk's Moving & Storage, Inc. for work performed while under the supervision of the truck driver. Theoretically, the Paulk's employee is not working for Paulk's, but is in fact, working for the truck driver. The truck driver in turn fills out a report so that he may take a tax deduction for casual labor.

40.

Upon information and belief, the management of Paulk's has required its employees to tender the cash payments to them and the management of Paulk's in turn will issue a payroll check for a lesser amount of money than received by the Paulk's employee from the truck driver. The amount paid by the truck driver is consistently more than the hourly rate received by the employee from Paulk's.

41.

These examples are illustrative but not exclusive of the various violations of the Fair Labor Standards Act.

V.

MINIMUM WAGE AND OVERTIME CLAIM

42.

Pursuant to the facts as set forth above, each plaintiff has worked for Paulk's Moving & Storage, Inc. and not been compensated the minimum wage for work performed or during travel from the warehouse to moving jobs. Each plaintiff has also, on numerous occasions worked in

10

excess of (40) forty hours per week exclusive of weekends and are entitled to collect from their employers, Paulk's Moving & Storage, Inc., Exhibit Transportation and Storage, Inc. and Data Management Archives of New Orleans, L.L.C., the unpaid wages calculated at their hourly rate and for all time in excess of (40) forty hours per week at time and one-half rate amount may be found to be due pursuant to 29 U.S.C.A. §203 et seq. In addition, they are entitled to an amount equal to that amount as penalty, and to reasonable attorney's fees and costs, pursuant to 29 U.S.C.A. §216(c).

43.

Defendants, Mayflower Van Lines, Inc., United Van Lines, Inc., Paulk's Moving & Storage, Inc., Exhibit Transportation and Storage Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, are liable for the said amounts jointly, severally and in solido.

44.

Richard D. Paulk is an officer and director and controlling shareholder of all of the companies other than Mayflower Van Lines, Inc. and United Van Lines, Inc. and is responsible for these policies as mentioned in the statement of facts.

VI.

LOUISIANA WAGE CLAIM

45.

Because such amounts have not been paid, defendants, are liable unto Ricky Wilson, Herman Smith, Jr., Jamie Green, Harvey A. Green, Edna M. Tyson, Elsie Marshall, Maris Lee West, Wanda A Robertson, Patrick T. Harris, Suzette Charles, Emmett Boudreaux, Stanley Joseph, Tony Masters, Leonard Green, Gregory L. Ruth, Joseph Lewis, Julius White, Stanley D.

Penelleton, Sr., Ian W. Hughes, Michael Ray Brown, Henry Daniels, Larry Blouin and Terry Green, Roosevelt Montgomery, Leroy Brashears, and are obligated pursuant to L.S.A.-R.S. 23:631 and 632 to pay each employee's back wages, together with ongoing wages until such time as the wages have been paid up to a maximum of (90) ninety days as penalty wages, together with attorney's fees and all costs of this suit.

VII.

INJUNCTIVE RELIEF

46.

This court has jurisdiction, for cause shown, to restrain violations of the Fair Labor Standards Act wherein, should an employer discharge or in any other manner discriminate against any employee because such employee has filed a complaint or initiated a cause to be instituted in a proceeding under the Act, the behavior by that employer may be enjoined.

47.

Upon information and belief, Gregory Ruth, and Ian W. Hughes, two plaintiffs herein, have been discharged due to subsequent knowledge of their employer that they were party to organizing their fellow employees in bringing this action. Furthermore, Joseph Valdez (Paulk's immediate supervisor) pointed a 9mm pistol at plaintiff, Gregory Ruth, just prior to his termination.

48.

The discharge of these two plaintiffs is a blatant and egregious violation of the Fair Labor Standards Act and these two individuals now seek reinstatement, and the payment of lost wages and an additional equal amount as liquidated damages pursuant to the Act.

49.

All other plaintiff employees of the defendant, Paulk's Moving & Storage, Inc., hereby request injunctive relief to prevent their employer from taking retaliatory actions against them and for those cooperating and/or instituting this proceeding.

WHEREFORE, Ricky Wilson, Herman Smith, Jr., Jamie Green, Harvey A. Green, Edna M. Tyson, Elsie Marshall, Maris Lee West, Wanda A Robertson, Patrick T. Harris, Suzette Charles, Emmett Boudreaux, Stanley Joseph, Tony Masters, Leonard Green, Gregory L. Ruth, Joseph Lewis, Julius White, Stanley D. Penelleton, Sr., Ian W. Hughes, Michael Ray Brown, Henry Daniels, Larry Blouin and Terry Green, Roosevelt Montgomery, Eddie A. Len, Leroy Brashears, prays that this complaint be filed, and that it be served upon defendants, Paulk's Moving & Storage, Inc., Mayflower Van Lines, Inc., United Van Lines, Inc., Exhibit Transportation and Storage, Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, and that they be cited to appear and answer this complaint, and that, after due proceedings had, there be judgment herein in favor of the plaintiffs, Ricky Wilson, Herman Smith, Jr., Jamie Green, Harvey A. Green, Edna M. Tyson, Elsie Marshall, Maris Lee West, Wanda A Robertson, Patrick T. Harris, Suzette Charles, Emmett Boudreaux, Stanley Joseph, Tony Masters, Leonard Green, Gregory L. Ruth, Joseph Lewis, Julius White, Stanley D. Penelleton, Sr., Ian W. Hughes, Michael Ray Brown, Henry Daniels, Larry Blouin, Terry Green, Roosevelt Montgomery, Eddie A. Len, Leroy Brashears and; against Paulk's Moving & Storage, Inc., Mayflower Van Lines, Inc., United Van Lines, Inc., Exhibit Transportation and Storage, Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, ordering them to pay to each plaintiff wages due pursuant to the United States Fair Labor Standards Act for

unpaid overtime, together with interest, costs and reasonable attorney's fees in equal amounts as damages for failure to pay pursuant to 29 U.S.C.A. §203 et seq.

That there be judgment herein in favor of the plaintiffs and against Paulk's Moving & Storage, Inc., Mayflower Van Lines, Inc., United Van Lines, Inc., Exhibit Transportation and Storage, Inc., Data Management Archives of New Orleans, L.L.C. and Richard D. Paulk, ordering them to pay to each plaintiff all wages due pursuant to the Louisiana Payment of Employees Statute, L.S.A.-R.S. 23:631and 632, together with interest, costs and attorneys fees, all as set forth in that statute, with penalties and legal interest thereon until paid.

That there be injunctive relief provided to halt any discharge or discrimination against any employee because said employee has filed this complaint and they be provided protection pursuant to the Fair Labor Standards Act and to reinstate the plaintiffs, Gregory Ruth and Ian W. Hughes, retroactively reinstating them to their previous pay and requiring Paulk's Moving & Storage, Inc. to pay the wages lost during the time of discharge with an equal additional amount as liquidated damages pursuant to the Fair Labor Standards Act.

Together with such other and further relief as may be proper in law or equity.

Respectfully submitted,

BROOK, VAN LOON & LATHAM, L.L.P.

_____
KEARY L. EVERITT (No. 01353)  T. H.
WILLIAM L. PRATT (No. 19113)
1010 Common Street, 31st Floor
New Orleans, LA 70112
Telephone: (504) 566-0600

14