U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JAN 2 6 2004

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICKY WILSON ET AL.                          CIVIL ACTION

VERSUS                                       NO. 02-1984

PAULK'S MOVING AND                           SECTION "S" (2)
STORAGE, INC. ET AL.

## JUDGMENT

Considering the written orders of the court and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Paulk's Moving & Storage, Inc., Exhibit Transportation and Storage, Inc.; Data Management Archives of New Orleans, L.L.C.; and Richard D. Paulk, and against plaintiffs, dismissing plaintiffs' state law claims without prejudice.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, Paulk's Moving & Storage, Inc., Exhibit Transportation and Storage, Inc.; Data Management Archives of New Orleans, L.L.C.; and Richard D.

DATE OF ENTRY
JAN 2 6 2004

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

Paulk, and against plaintiffs, dismissing the remainder of plaintiffs' complaint with prejudice.

Plaintiffs must bear all costs of these proceedings.

New Orleans, Louisiana, this 26th day of January, 2004.

_Loretta G. Whyte_
CLERK OF COURT

APPROVED AS TO FORM:

_____
UNITED STATES MAGISTRATE JUDGE